**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LARRY GENE POWELL,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>JOE NORWOOD (Warden),<br><br>　　　　Respondent. | No. CV 06-2007-CAS(CW)<br><br>JUDGMENT |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed without prejudice.

DATED: <u>December 3, 2008</u>

　　　　　　　　　　　　　　　　　　　/s/ Christina A. Snyder
　　　　　　　　　　　　　　　　　　　CHRISTINA A. SNYDER
　　　　　　　　　　　　　　　　　　　United States District Judge